BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jmacpherson@bholaw.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (249203)
DAVID J. McGLOTHLIN (253265)
MONA AMINI (296829)
245 Fischer Avenue, Unit D1
Costa Messa, CA 92626
Tel: 800/400-6808
800/520-5523 (fax)
ak@kazlg.com
david@kazlg.com
mona@kazlg.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENEIKA TILLIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC.; AND LOANCARE, LLC,<br><br>Defendants. | Case No. 5:23-cv-02537-JGB-SHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3**<br><br>Dist. Judge:   Jesus G. Bernal<br>Courtroom:   1, Riverside<br>Mag. Judge:   Shashi H. Kewalramani<br>Courtroom:   3 or 4, 3rd Fl, Riverside<br><br>Complaint Filed: December 12, 2023<br>Trial Date:   Not Set<br><br>**JURY TRIAL DEMANDED** |

Case No. 5:23-cv-02537-JGB-SHK
PLAINTIFF'S NOTICE OF RELATED CASES

00210780

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 83-1-3 of the Local Rules of the United States District Court for the Central District of California, Plaintiff Teneika Tillis ("Plaintiff") hereby files this Notice of Related Cases.

This action was filed on December 12, 2023, and is related to *Jose Peralta, Jr. v. Fidelity National Financial, Inc., LoanCare, LLC, and Does 1-10*, No. 2:23-cv-10907-MEMF-JC, filed December 30, 2023, because both matters "arise from the same or a closely related transaction, happening, or event" and "call for determination of the same or substantially related or similar questions of law and fact." See L.R. 83-1.3.2.

*Peralta* is a related case because it arises from the same November 29, 2023 cybersecurity incident and data breach experienced by Fidelity National Financial and its subsidiary LoanCare ("Defendants"). Both *Tillis* and *Peralta* name Fidelity National Financial, Inc. and LoanCare, LLC as Defendants.[1] In both cases Defendants are represented by the same counsel at Sidley Austin, LLP.

Both are brought as class actions and the gravamen of both cases is that Defendants failed to implement and maintain reasonable and adequate security procedures and practices to safeguard the personally identifiable information ("PII") of plaintiff and the classes they seek to represent.

Plaintiffs in both cases seek to represent a nationwide class of all individuals whose PII was impacted or otherwise compromised by the November 2023 data breach, as well as a California subclass of all California residents whose PII was impacted or otherwise compromised by the November 2023 data breach.

---

[1] In *Peralta* defendants executed a waiver of service of summons on January 17, 2024. Plaintiff in this action served defendant Fidelity National Financial Inc. on January 10, 2024, and defendant LoanCare, LLC on January 12, 2024.

1     Both cases call for determination of the same or substantially related or similar questions of law and fact. Plaintiffs in both cases allege Defendants failed to implement adequate and/or reasonable data security measures that they knew or should have known were necessary to protect against a data breach, and their failure to do so resulted in the breach of plaintiffs' and the putative class members' personal and sensitive PII.

    Both cases allege violations of California privacy, consumer, and common laws including the California Consumer Privacy Act, Cal. Civ. Code §§ 1798.100, *et. seq.*; California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*; negligence; negligence *per se*; breach of implied contract; and declaratory judgment. *Tillis* also alleges a claim for breach of contract, breach of fiduciary duty, and unjust enrichment. *Peralta* brings additional claims for violation of the California Customer Records Act, Cal. Civ. Code §§ 1798.80 *et seq.*; common law invasion of privacy; violation of Article 1, section 1 of the California Constitution; and for breach of the implied covenant of good faith and fair dealing.

    Designation of *Peralta* as related to *Tillis* will serve the purposes of the applicable local rule because assignment of these actions to a single judge will conserve judicial resources, avoid the potential for inconsistent rulings, and result in other economies given the overlapping defendants and similar allegations of their behavior, such that both cases are likely to rely on the same evidence. If the actions were to proceed before different judges a substantial and unnecessary duplication of judicial effort, among other inefficiencies, likely would result.

Dated: January 29, 2024

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JENNIFER L. MACPHERSON (202021)

By:    *s/ Timothy G. Blood*
       TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jmacpherson@bholaw.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (249203)
DAVID J. McGLOTHLIN (253265)
MONA AMINI (296829)
245 Fischer Avenue, Unit D1
Costa Messa, CA 92626
Tel: 800/400-6808
800/520-5523 (fax)
ak@kazlg.com
david@kazlg.com
mona@kazlg.com

*Attorneys for Plaintiff*

BLOOD HURST & O' REARDON, LLP

00210780

3

Case No. 5:23-cv-02537-JGB-SHK
PLAINTIFF'S NOTICE OF RELATED CASES

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
tblood@bholaw.com
