BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JENNIFER L. MACPHERSON (202021)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jmacpherson@bholaw.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (249203)
DAVID J. McGLOTHLIN (253265)
MONA AMINI (296829)
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Tel: 800/400-6808
800/520-5523 (fax)
ak@kazlg.com
david@kazlg.com
mona@kazlg.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENEIKA TILLIS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC.; AND LOANCARE, LLC,<br><br>    Defendants. | Case No. 5:23-cv-02537-JGB-SKH<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF TENEIKA TILLIS'S CLAIMS WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Dist. Judge Jesus G. Bernal<br>Courtroom 1, Riverside<br>Mag. Judge Shashi H. Kewalramani<br>Courtroom 3 or 4, Riverside<br><br>Complaint Filed:  December 12, 2023<br>Trial Date:  Not Set<br><br>**JURY TRIAL DEMANDED** |

**PLEASE TAKE NOTICE** that Plaintiff Teneika Tillis, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses her claims against Defendants Fidelity National Financial, Inc. and Loancare, LLC without prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendants have not answered the Complaint or filed a motion for summary judgment. The parties agree to bear their own costs.

The lawsuit will continue in the name of Ms. Teneika's husband, Rodney Tillis.

Dated: February 15, 2024

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
JENNIFER L. MACPHERSON (202021)

By:  *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
jmacpherson@bholaw.com

KAZEROUNI LAW GROUP, APC
ABBAS KAZEROUNIAN (249203)
DAVID J. McGLOTHLIN (253265)
MONA AMINI (296829)
245 Fischer Avenue, Unit D1
Costa Messa, CA  92626
Tel: 800/400-6808
800/520-5523 (fax)
ak@kazlg.com
david@kazlg.com
mona@kazlg.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 15, 2024.

          *s/ Timothy G. Blood*
          TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com