JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY TILLIS, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL, INC.; AND LOANCARE, LLC,<br><br>Defendants. | Case No. 5:23-cv-02537-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**<br><br>Second Amended Complaint filed: February 12, 2024<br><br>Current response date: March 15, 2024 |

ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

# ORDER

Upon review of the parties' Joint Stipulation to Transfer Case to the United States District Court for the Middle District of Florida, and good cause appearing therefore, IT IS HEREBY ORDERED THAT, in the interests of justice, this case is hereby TRANSFERRED for all further proceedings to the United States District Court for the Middle District of Florida. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida forthwith.

**IT IS SO ORDERED**.

Dated: March 19, 2024

Honorable Jesus G. Bernal
United States District Judge